IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FIRST WHEEL MANAGEMENT LIMITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 17-1059-MN |
| ) | |
| INVENTIST, INC. and SHANE CHEN, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that consistent with the Court's instructions during the oral argument on June 3, 2021, the parties shall file supplemental summary judgment briefing regarding plaintiff's fraud claims as follows:

    1. Opening supplemental brief up to 5 pages, filed on or before June 18, 2021;

    2. Answering supplemental brief up to 5 pages, filed on or before June 25, 2021;

    3. Reply supplemental brief up to 2 pages, filed on or before June 30, 2021.

The parties have met and conferred and plaintiff's counsel is not available for a pretrial conference prior to the week of August 23, 2021. Accordingly, IT IS FURTHER ORDERED that the pretrial conference will take place on August 24, 2021 beginning at 4:30 p.m. in Courtroom 4A.

| O'KELLY & ERNST, LLC | ASHBY & GEDDES |
|---|---|
| /s/ Thomas H. Kramer | /s/ Andrew C. Mayo |
| Thomas H. Kramer (#6171)<br>Sean T. O'Kelly (#4349)<br>824 N. Market Street, Suite 1001A<br>Wilmington, DE 19801<br>(302) 778-4000<br>tkramer@oelegal.com<br>sokelly@oelegal.com | Andrew C. Mayo (#5207)<br>Catherine A. Gaul (#4310)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>(302) 654-1888<br>cgaul@ashbygeddes.com<br>amayo@ashbygeddes.com |
| *Attorneys for Plaintiff*<br>*First Wheel Management Limited* | *Attorneys for Defendants*<br>*Inventist, Inc. and Shane Chen* |

SO ORDERED this 16th day of June 2021.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge