IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FIRST WHEEL MANAGEMENT LIMITED, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. No. 17-1059 (MN) |
| INVENTIST, INC. and SHANE CHEN, | ) ) ) | |
| Defendants. | ) | |

# ORDER

At Wilmington this 3rd day of August 2021:

For the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that Defendants' Renewed Motion for Summary Judgment as to Counts III, IV, and V[1] is GRANTED.

The Honorable Maryellen Noreika
United States District Judge

---

[1] The Court denied Defendants' motion for summary judgment (D.I. 85) without prejudice to renew in connection with supplemental briefing on the fraud counts. The Court understands Defendants' supplemental brief to be its renewed motion.