IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FIRST WHEEL MANAGEMENT LIMITED, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-1059 (MN) |
| | ) | |
| INVENTIST, INC. and SHANE CHEN, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT FOLLOWING JURY VERDICT

At Wilmington, this 16th day of October 2023, the Court having held a jury trial and the jury having rendered a unanimous verdict on August 1, 2023 (*see* D.I. 220, 221), pursuant to Rule 58(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1.     Judgment is entered in favor of Plaintiff and against Defendants as to breach of Section 3.1(c) of the Asset Purchase and Intellectual Property Agreement ("the Agreement");

2.     Judgment is entered in favor of Plaintiff and against Defendants that Plaintiff did not acquiesce in a breach of Section 3.1(c) of the Agreement; and

3.     Judgment is entered in favor of Plaintiff and against Defendants for damages in the amount of $1,000,000 for breach of Section 3.1(c) of the Agreement.

IT IS FURTHER ORDERED that this Judgment shall have the effect of denying as moot all motions made by the parties pursuant to Rule 50(a) of the Federal Rules of Civil Procedure. On or before October 20, 2023, the parties shall submit a joint status report that indicates how the case should proceed and includes a listing of any post-trial motions each party intends to file.

IT IS STILL FURTHER ORDERED that the deadline for any party to move for costs and attorneys' fees is extended to fourteen (14) days after the time for appeal has expired or within

2

fourteen (14) days after issuance of the mandate from the appellate court, and no party shall file any such motion before that time.

The Honorable Maryellen Noreika
United States District Judge

2