**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FIRST WHEEL MANAGEMENT LIMITED, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 17-cv-1059-MN |
| v. | ) | |
| | ) | |
| INVENTIST, INC. and SHANE CHEN, | ) | |
| | ) | |
| Defendants. | ) | |

**SATISFACTION OF JUDGMENT AND TERMINATION OF CASE**

Pursuant to the terms of the parties' executed agreement resolving this matter, the parties respectfully request that the Clerk note that the judgment (D.I. 223) entered in this case has been SATISFIED pursuant to D. Del. LR 77.2(a)(2).

It is further stipulated and agreed, subject to the approval and Order of the Court, that this action shall be closed.

| | |
|---|---|
| **O'KELLY & O'ROURKE, LLC** | **ASHBY & GEDDES** |
| | |
| */s/  Sean T. O'Kelly* | */s/  Andrew C. Mayo* |
| Sean T. O'Kelly (No. 4349) | Catherine A. Gaul (No. 4310) |
| Gerard M. O'Rourke (No. 3265) | Andrew C. Mayo (No. 5207) |
| 824 N. Market Street, Suite 1001A | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE  19801 | Wilmington, DE 19899 |
| (302) 778-4000 | (302) 654-1888 |
| (302) 295-2873 (facsimile) | (302) 654-2067 (facsimile) |
| sokelly@okorlaw.com | cgaul@ashbygeddes.com |
| gorourke@okorlaw.com | amayo@ashbygeddes.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Inventist, Inc.* |
| *First Wheel Management Limited* | *and Shane Chen* |

Dated:  October 24, 2023

IT IS SO ORDERED, this _____ day of _____, 2023.

_____
U.S.D.J.